■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK PATTERSON, JR., Appellant. [619 NYS2d 585] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 21, 1993.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.